No. 10–9052. LINDSEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬▬

No. 10–9056. DOE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–9060. JUAREZ-AGUILAR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬▬

No. 10–9063. TAVAREZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬▬

No. 10–9068. EVANS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–9075. OESBY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–9077. SEALED APPELLANT *v.* SEALED APPELLEE. C. A. 5th Cir. Certiorari denied.

No. 10–9079. PARKS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬▬

No. 10–9080. KISTLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬▬

No. 10–9081. LUCKEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬▬

No. 10–9086. JACOB *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9091. VAN WART *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬▬

No. 10–9098. PALACIOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬▬

No. 10–9099. MCCURDY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–9102. LEET *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬▬

No. 10–9124. COLE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.